IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>JOHN J. RIVES III, *et al.*,<br>    Defendants. | No. 1:10-cv-1099 (AJT/TRJ) |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. No. 35) along with the Memorandum Opinion (Doc. No. 32) of the magistrate judge recommending that default judgment be entered against defendant Jerrod J. Olin. The magistrate judge further recommends that the court enter an order (1) permanently enjoining defendant Jerrod J. Olin from instituting or prosecuting any proceedings in a state or United States court affects the funds at issue in this case; and (2) discharging plaintiff from further liability to defendant Jerrod J. Olin in connection with the funds at issue in this case. The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge. Accordingly, it is hereby

ORDERED Plaintiff's Motion for Default Judgment be, and the same hereby is, GRANTED as to defendant Jerrod J. Olin only, and judgment be, and the same hereby is, entered against defendant Jerrod J. Olin, and it is

FURTHER ORDERED that defendant Jerrod J. Olin be, and the same hereby is, RESTRAINED and ENJOINED from instituting or prosecuting any proceeding in a state or United States court affecting the funds at issue in this case, and it is

FURTHER ORDERED that plaintiff Minnesota Life Insurance Company, be and the same hereby is, DISCHARGED from further liability to defendant Jerrod J. Olin in connection with the funds at issue in this case.

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 55 and 58, and is directed to send copies of this Order to all counsel of record and to those Defendants proceeding *pro se* at their addresses on record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 18, 2011